UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASEY JOHN NORATO,

    Plaintiff,

    v.

CONTRA COSTA COUNTY SHERIFF'S OFFICE,

    Defendant.

Case No. 24-cv-04513-RS (PR)

**ORDER OF DISMISSAL**

Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. (Dkt. No. 9.) This mail was an order directing plaintiff to file an amended complaint. (Dkt. No. 8.) Plaintiff updated his address and the order was resent to him at the new address. There has been no response to the order. Accordingly, this federal civil rights action is DISMISSED (without prejudice) because plaintiff failed to file an amended complaint by the deadline and failed to prosecute this matter, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any motion to reopen must (1) have the words MOTION TO REOPEN written on the first page; and (2) be accompanied by an amended complaint that appears on this Court's form and complies in all respects with the order dismissing the complaint with leave to amend. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** March 13, 2025

_____
RICHARD SEEBORG
Chief United States District Judge